# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0026
LT Case No. 2024-CF-000165-A

———————————————

ANTHONY CRIM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Timothy McCourt, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigian, Assistant Attorney General, Daytona Beach, for Appellee.

June 25, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____